IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Jones, Ricky R | Case Number: 08 B 08529 |
|---|---|---|
| | Lindo-Jones, Ruth | Judge: Wedoff, Eugene R |
| | Printed: 10/29/08 | Filed: 4/8/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 11, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,727.34 |  |
| Secured: |  | 2,210.03 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,207.67 |
| Trustee Fee: |  | 309.64 |
| Other Funds: |  | 0.00 |
| Totals: | 4,727.34 | 4,727.34 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Glenda J Gray | Administrative | 3,274.00 | 2,207.67 |
| 2. | Home Loan Services | Secured | 0.00 | 0.00 |
| 3. | First Fidelity Mortgage | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 6,911.33 | 0.00 |
| 5. | Capital One Auto Finance | Secured | 24,922.67 | 1,603.18 |
| 6. | Internal Revenue Service | Secured | 16,454.34 | 606.85 |
| 7. | Home Loan Services | Secured | 92,751.00 | 0.00 |
| 8. | First Fidelity Mortgage | Secured | 9,189.55 | 0.00 |
| 9. | Internal Revenue Service | Priority | 0.00 | 0.00 |
| 10. | Nissan Motor Acceptance Corporation | Priority | 635.76 | 0.00 |
| 11. | United States Dept Of Education | Unsecured | 1,179.44 | 0.00 |
| 12. | Nicor Gas | Unsecured | 213.50 | 0.00 |
| 13. | United States Dept Of Education | Unsecured | 5,734.76 | 0.00 |
| 14. | Resurgence Financial LLC | Unsecured | 1,934.45 | 0.00 |
| 15. | United States Dept Of Education | Unsecured | 2,583.00 | 0.00 |
| 16. | WFS Financial | Secured | | No Claim Filed |
| 17. | Barco Auto Leasing Corp | Unsecured | | No Claim Filed |
| 18. | American Express | Unsecured | | No Claim Filed |
| 19. | American Express | Unsecured | | No Claim Filed |
| 20. | American Express | Unsecured | | No Claim Filed |
| 21. | American Express | Unsecured | | No Claim Filed |
| 22. | Aurora Loan Service | Unsecured | | No Claim Filed |
| 23. | Avco Reo | Unsecured | | No Claim Filed |
| 24. | Avco Reo | Unsecured | | No Claim Filed |
| 25. | CB USA Sears | Unsecured | | No Claim Filed |
| 26. | Bank Of America | Unsecured | | No Claim Filed |

Case 08-08529    Doc 60    Filed 10/29/08    Entered 10/29/08 17:12:32    Desc    Page 2 of 3

Page 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Jones, Ricky R | Case Number: 08 B 08529 |
|---|---|---|
| | Lindo-Jones, Ruth | Judge: Wedoff, Eugene R |
| | Printed: 10/29/08 | Filed: 4/8/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | CitiFinancial | Unsecured | | No Claim Filed |
| 28. | Chase | Unsecured | | No Claim Filed |
| 29. | DaimlerChrysler Servs North America | Unsecured | | No Claim Filed |
| 30. | Chase | Unsecured | | No Claim Filed |
| 31. | Chase Manhattan Mortgage Corp | Unsecured | | No Claim Filed |
| 32. | Citibank | Unsecured | | No Claim Filed |
| 33. | HSBC | Unsecured | | No Claim Filed |
| 34. | HFC | Unsecured | | No Claim Filed |
| 35. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 36. | Debis Financial Servies | Unsecured | | No Claim Filed |
| 37. | EMC Mortgage Corporation | Unsecured | | No Claim Filed |
| 38. | Discover Financial Services | Unsecured | | No Claim Filed |
| 39. | First USA Bank N A | Unsecured | | No Claim Filed |
| 40. | American Medical Collection | Unsecured | | No Claim Filed |
| 41. | First North American Nat Bk | Unsecured | | No Claim Filed |
| 42. | Ameriquest | Unsecured | | No Claim Filed |
| 43. | Citibank | Unsecured | | No Claim Filed |
| 44. | First Collection Service | Unsecured | | No Claim Filed |
| 45. | CitiFinancial | Unsecured | | No Claim Filed |
| 46. | Home Loan Services | Unsecured | | No Claim Filed |
| 47. | HSBC | Unsecured | | No Claim Filed |
| 48. | Illiana Financial Credit Union | Unsecured | | No Claim Filed |
| 49. | Partners In Womens Health | Unsecured | | No Claim Filed |
| 50. | JB Robinson Jewelers | Unsecured | | No Claim Filed |
| 51. | Guaranty Bank | Unsecured | | No Claim Filed |
| 52. | MCYDSNB | Unsecured | | No Claim Filed |
| 53. | Nissan Motor Acceptance Corporation | Unsecured | | No Claim Filed |
| 54. | Nicor Gas | Unsecured | | No Claim Filed |
| 55. | JP Morgan Chase Bank | Unsecured | | No Claim Filed |
| 56. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 57. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 58. | Rnb Fields3 | Unsecured | | No Claim Filed |
| 59. | Premier | Unsecured | | No Claim Filed |
| 60. | State Collection Service | Unsecured | | No Claim Filed |
| 61. | Target Financial Services | Unsecured | | No Claim Filed |
| 62. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 63. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 64. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 65. | West Suburban Healthcare | Unsecured | | No Claim Filed |
| 66. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 67. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 68. | Wachovia Mortgage | Unsecured | | No Claim Filed |
| 69. | Washington Mutual | Unsecured | | No Claim Filed |
| 70. | West Suburban Healthcare | Unsecured | | No Claim Filed |
| 71. | University Of Illinois Medical | Unsecured | | No Claim Filed |
| 72. | Wells Fargo Financial | Unsecured | | No Claim Filed |
| 73. | Washington Mutual | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Jones, Ricky R
        Lindo-Jones, Ruth
        Printed: 10/29/08

Case Number:  08 B 08529
Judge:  Wedoff, Eugene R
Filed:  4/8/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 74. Washington Mutual | Unsecured | | No Claim Filed |
| 75. Wells Fargo Financial | Unsecured | | No Claim Filed |
| | | $ 165,783.80 | $ 4,417.70 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 153.64 |
| 6.6% | 156.00 |
| | $ 309.64 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

